UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| QIAN CHEN, | ) | CASE NO.: C08-0426-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING APPLICATION |
| | ) | TO PROCEED IN FORMA PAUPERIS |
| UNIVERSITY OF WASHINGTON, | ) | AND DISMISSING CASE |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having reviewed Plaintiff's Complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and Plaintiff's Objections to that Report and Recommendation, together with the remaining record, does hereby find and Order:

(1)  The Court adopts the Report and Recommendation;

(2)  Plaintiff's Application to Proceed *in forma pauperis* is DENIED;

(3)  Plaintiff's Complaint and this action are DISMISSED with prejudice; and,

(4)  The Clerk is directed to send copies of this Order to Plaintiff and to Judge Theiler.

DATED this 13th day of May, 2008.

John C. Coughenour
United States District Judge

ORDER DENYING APPLICATION TO PROCEED
IN FORMA PAUPERIS AND DISMISSING CASE
PAGE -1